MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
(A Limited Liability Partnership Formed in Pennsylvania)
By:    Charles B. Casper (CC-1601)
       Kristen E. Polovoy (KP-4440)
       Jennifer E. Canfield (JC-1118)
457 Haddonfield Road, Suite 600
Cherry Hill, NJ  08002
(856) 488-7700
ATTORNEYS FOR DEFENDANT MICROSOFT CORPORATION

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| JAMES R. MALONEY, MARYLEE M. MALONEY and CATHERINE SMITH, on behalf of themselves and all others similarly situated, | : <br> : <br> :   CIVIL ACTION <br> :   No. 3:09-cv-02047 <br> :   AET-LHG <br> : |
| Plaintiffs, | : |
| v. | :   CONSENT ORDER OF <br> :   DISMISSAL WITH PREJUDICE |
| MICROSOFT CORPORATION, | : |
| Defendant. | : |

---

**THIS MATTER** having come before the Court upon the agreement of James R. Maloney, Marylee M. Maloney, James P. Maloney, and Catherine Smith (collectively, "Plaintiffs") and defendant Microsoft Corporation ("Microsoft"); and

**WHEREAS** this Court entered an Order dated May 30, 2012 ("May 30 Order") dismissing the above-captioned case without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement was not consummated; and

**WHEREAS** settlement in the above-captioned matter was consummated on or about June 26, 2012;

**IT IS** on this _____ day of July 2012 **ORDERED** that the Plaintiffs' claims in the above action are hereby dismissed with prejudice and this case shall be closed, subject to this Court's retention of jurisdiction for the purpose of enforcing the settlement.

APPROVED AND SO ORDERED

_____
**ANNE E. THOMPSON**
**United States District Judge**

**WE AGREE TO THE FORM AND ENTRY**
**OF THE ABOVE CONSENT ORDER**

**MONTGOMERY, McCRACKEN, WALKER**
**& RHOADS, LLP**
LibertyView, 457 Haddonfield Road, 6th Floor
Cherry Hill, NJ 08002
*Attorneys for defendant Microsoft Corporation*

By: /s/ Kristen E. Polovoy

**KRISTEN E. POLOVOY**

Dated: July 12, 2012

**THE WOLF LAW FIRM, LLC**
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902
*Attorneys for plaintiffs*

By: /s/ Andrew R. Wolf
**ANDREW R. WOLF**

Dated: July 12, 2012