MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
(A Limited Liability Partnership Formed in Pennsylvania)
By: Charles B. Casper (CC-1601)
    Kristen E. Polovoy (KP-4440)
    Jennifer E. Canfield (JC-1118)
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002
(856) 488-7700
ATTORNEYS FOR DEFENDANT MICROSOFT CORPORATION

RECEIVED
JUL 1 3 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| JAMES R. MALONEY, MARYLEE M. MALONEY and CATHERINE SMITH, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | CIVIL ACTION <br> No. 3:09-cv-02047 <br> AET-LHG <br><br><br> CONSENT ORDER OF DISMISSAL WITH PREJUDICE |

**THIS MATTER** having come before the Court upon the agreement of James R. Maloney, Marylee M. Maloney, James P. Maloney, and Catherine Smith (collectively, "Plaintiffs") and defendant Microsoft Corporation ("Microsoft"); and

**WHEREAS** this Court entered an Order dated May 30, 2012 ("May 30 Order") dismissing the above-captioned case without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement was not consummated; and

WHEREAS settlement in the above-captioned matter was consummated on or about June 26, 2012;

IT IS on this 12th day of July 2012 **ORDERED** that the Plaintiffs' claims in the above action are hereby dismissed with prejudice and this case shall be closed, subject to this Court's retention of jurisdiction for the purpose of enforcing the settlement.

APPROVED AND SO ORDERED

*/s/ Anne E. Thompson*
ANNE E. THOMPSON
United States District Judge

WE AGREE TO THE FORM AND ENTRY
OF THE ABOVE CONSENT ORDER

MONTGOMERY, McCRACKEN, WALKER
 & RHOADS, LLP
LibertyView, 457 Haddonfield Road, 6th Floor
Cherry Hill, NJ 08002
*Attorneys for defendant Microsoft Corporation*

By: /s/ Kristen E. Polovoy

**KRISTEN E. POLOVOY**

Dated: July 12, 2012

THE WOLF LAW FIRM, LLC
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902
*Attorneys for plaintiffs*

By: /s/ Andrew R. Wolf
**ANDREW R. WOLF**

Dated: July 12, 2012

-2-



# MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
### A LIMITED LIABILITY PARTNERSHIP FORMED IN PENNSYLVANIA

Liberty View
457 Haddonfield Road, Suite 600
Cherry Hill, New Jersey 08002-2220

## FAX TRANSMISSION

**MMW&R is transmitting from: (856) 488-7720**

**REPLY TO:**

NEW JERSEY OFFICE:
CHERRY HILL, NJ
(Louis A. Petroni,
New Jersey
Responsible Attorney)

### ATTN:

| RECIPIENT | COMPANY | PHONE NO. | FAX NO. |
|---|---|---|---|
| The Honorable Anne E. Thompson | CLARKSON S. FISHER FEDERAL BUILDING & U.S. COURTHOUSE | | (609) 989-2007 |

July 12, 2012    Time: 3:10pm

FROM:    Kristen E. Polovoy, Esquire    856-488-7704

**NUMBER OF PAGES: 3** (including this cover page)
If you do not receive all the pages indicated above,
please call us back as soon as possible at (856) 488-7700.

### REMARKS:

Please see attached.

UNLESS OTHERWISE INDICATED OR OBVIOUS FROM THE NATURE OF THE TRANSMITTAL, (1) THE SENDER, IF AN ATTORNEY, IS A MEMBER OF THE PENNSYLVANIA BAR, AND (2) THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR OR ARE NOT SURE WHETHER IT IS PRIVILEGED, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE. PLEASE DESTROY COPIES AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE AT OUR EXPENSE. THANK YOU.